IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFPOOL, LLC, | No. Misc. S-09-0089 MCE EFB |
| Plaintiff, | |
| vs. | |
| INTEX RECREATION CORP., | ORDER |
| Defendant. | |
| _____/ | |

    This action is before the undersigned pursuant to Eastern District of California Local Rule 72-302(c)(1).  *See* 28 U.S.C. § 636(b)(1).  On October 2, 2009, defendant Intex Recreation Corp. ("IRC") filed this miscellaneous action and an emergency motion to compel non-party R. Michael West ("West") to appear for deposition and to produce documents.  Dckt. No. 1.  On October 5, 2009, the court tentatively scheduled the matter for hearing on Friday, October 9, 2009; directed West to file his opposition, if any, on or before 5:00 p.m. on Wednesday, October 7, 2009; and directed IRC to file a reply thereto, if any, on or before 12:00 p.m. on Thursday, October 8, 2009.  Dckt. No. 7.

    On October 7, 2009, West filed a motion to quash IRC's subpoena, to issue a protective order, for sanctions against IRC's counsel, and for reasonable compensation for expenses incurred by West in complying with IRC's subpoena.  Dckt. No. 15.  West noticed the motion

for hearing on October 28, 2009.[1]  *Id.*

Also on October 7, 2009, IRC and West filed a *joint* motion to stay the hearing currently scheduled for October 9, 2009 and the briefing schedule set forth in the October 5, 2009 order. Dckt. No. 16.  The parties indicate in that joint motion that they "have agreed to continue to work to resolve any outstanding issues raised in the Motions."  *Id.* ¶ 3.  The parties further "agree to notify the Court via a joint statement whether any outstanding discovery issues remain or whether the Motions can be withdrawn."  *Id.* ¶ 5.

In light of these representations by the parties, IT IS ORDERED that:

1.  The October 9, 2009 hearing is CONTINUED to Friday, October 23, 2009, at 10:00 a.m. in Courtroom No. 25;

2.  The briefing schedule set forth in the October 5, 2009 order is vacated;

3.  On or before Monday, October 19, 2009, the parties shall file a joint statement indicating whether any outstanding discovery issues remain (and if so, stating both IRC and West's positions on those issues and the efforts made to resolve the issues) or whether the motions can be withdrawn; and,

4.  IRC is directed to serve a copy of this order on plaintiff Sofpool LLC, and file a proof of service thereof, on or before Friday, October 9, 2009.

SO ORDERED.

DATED: October 7, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] The court notes that, although West noticed his motion for hearing on October 28, 2009, according to IRC's representations, discovery closes in the underlying Texas action on October 27, 2009.  Dckt. No. 1.