UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOFPOOL LLC, | No. Misc. S-09-89 MCE EFB |
| Plaintiff, | |
| vs. | ORDER |
| INTEX RECREATION CORP., | |
| Defendant. | |

The above-referenced action is before the Honorable Edmund F. Brennan, United States Magistrate Judge, pursuant to Eastern District of California Local Rule 72-302(c)(1).

On October 2, 2009, defendant Intex Recreation Corp. ("IRC") filed this miscellaneous action and an emergency motion to compel a non-party, R. Michael West ("West"), to appear for deposition and produce documents. Dckt. No. 1. The court tentatively scheduled the motion for hearing and issued a briefing schedule. On October 6, 2009, West filed a motion to quash IRC's subpoena, to issue a protective order, for sanctions, and reasonable compensation incurred in complying with IRC's subpoena. Dckt. No. 15. West noticed his motion to be heard on the regular motion calendar.

On October 7, 2009, the court entered an order vacating the previously set briefing schedule, ordering hearing on the motions for Friday, October 23, 2009, at 10:00 a.m. in Courtroom 25, and ordering the parties to file a joint statement respecting the discovery disputes on or before October 19, 2009.

-1-

West's deposition is set pursuant to IRC's amended subpoena for October 20, 2009. The parties have filed a Stipulation indicating that any discovery issues which may arise in connection with West's deposition would not be able to be included nor addressed in the parties' joint statement to filed by October 19, 2009. IRC and West have stipulated to a modification of the briefing schedule to allow the joint statement to be filed on or before Wednesday, October 21, 2009, and requested the court enter its order so modifying the briefing schedule.

The court hereby modifies its October 7, 2009 order as follows:

On or before **5:00 p.m.** on Wednesday, October 21, 2009, the parties shall file a joint statement indicating whether any outstanding discovery issues remain (and if so, stating both IRC and West's positions on those issues and the efforts made to resolve the issues) or whether the motions can be withdrawn.

IRC is directed to serve a copy of this order on plaintiff Sofpool, LLC, and file a proof of service thereof, on or before Monday, October 19, 2009.

SO ORDERED.

Dated: October 16, 2009.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE