IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SOFPOOL, LLC,

          Plaintiff,

  vs.

INTEX RECREATION CORP.,

          Defendant.
_____/

No. Misc. S-09-0089 MCE EFB

ORDER

This action is before the undersigned pursuant to Eastern District of California Local Rule 72-302(c)(1). *See* 28 U.S.C. § 636(b)(1). On October 2, 2009, defendant Intex Recreation Corp. ("IRC") filed this miscellaneous action and an emergency motion to compel non-party R. Michael West ("West") to appear for deposition and to produce documents. Dckt. No. 1. On October 5, 2009, the court scheduled the matter for hearing on Friday, October 9, 2009. Dckt. No. 7. On October 7, 2009, West filed a motion to quash IRC's subpoena, to issue a protective order, for sanctions against IRC's counsel, and for reasonable compensation for expenses incurred by West in complying with IRC's subpoena. Dckt. No. 15.

Also on October 7, 2009, IRC and West filed a joint motion to stay the October 9, 2009 hearing. Dckt. No. 16. Therefore, on October 7, 2009, the court continued the hearing to Friday, October 23, 2009, and directed the parties to file a joint statement on or before October 19, 2009,

indicating whether any outstanding discovery issues remain (and if so, stating both IRC and West's positions on those issues and the efforts made to resolve the issues) or whether the motions can be withdrawn. Dckt. No. 21. On October 16, 2009, the parties filed a joint stipulation and request to extend the deadline for filing the joint statement; the court approved the stipulation that same day, requiring the joint statement to be filed on or before 5:00 p.m. on Wednesday, October 21, 2009. Dckt. Nos. 23, 24.

At 2:25 p.m. on October 21, 2009, the date the joint statement was due, IRC filed a motion to stay the joint statement deadline and continue the October 23, 2009 hearing "until further notice from IRC." Dckt. No. 26. IRC contends that it "requires the final transcripts of West's deposition taken on October 20, 2009 and Sofpool [LLC]'s 30(b)(6) deposition [taken on October 21, 2009 and possibly extending into October 22, 2009] to flesh out the relevant facts and to fully brief the issues concerning IRC's and West's requests for fees and costs." *Id.* at 2. In light of the upcoming October 27, 2009 discovery deadline (as represented by the parties), IRC's request for a stay and continuance "until further notice from IRC" is denied. *See* Local Rule 6-144(d) ("Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent. Requests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor.").

Nonetheless, because IRC has not filed a statement regarding the discovery disagreements, and did not participate in the statement filed by West at 4:49 p.m. on October 21, 2009, the hearing currently scheduled for October 23, 2009 is continued to Monday, October 26, 2009, at 2:00 p.m. in Courtroom No. 25.[1] IRC shall file its portion of the joint statement no later than 12:00 p.m. (noon) on Friday, October 23, 2009. In its filing, IRC shall also show cause why

---

[1] In light of the parties' representation that the discovery completion deadline in the underlying Texas action is October 27, 2009, it is unclear whether this court would have jurisdiction to hear the parties' discovery fee disputes beyond that deadline.

1 it should not be sanctioned for failing to comply with the October 16, 2009 order requiring the
2 joint statement to be filed as of 5:00 p.m. on October 21, 2009, and for waiting until 2:25 p.m. on
3 that date to file a request for a stay of the filing requirement.  *See* Local Rule 11-110 ("Failure of
4 counsel or of a party to comply with these Rules or with any order of the Court may be grounds
5 for imposition by the Court of any and all sanctions authorized by statute or Rule or within the
6 inherent power of the Court.").

7 The court is aware that the only remaining dispute between IRC and West is over fees;
8 that the substantive portions of IRC's motion to compel and West's motion to quash are now
9 moot; and that the overall "urgency" of this matter has now dissipated.  *See* Dckt. No. 26
10 ("[T]here is no longer any need for emergency relief on IRC's Motion to Compel.") and Dckt.
11 No. 28 at 5 ("It is West's position that the remaining issues are West's requests for sanctions
12 with respect to IRC's Motion to Compel, and reasonable compensation to West incurred in
13 compliance with the October 1, 2009 Subpoena.").  Therefore, the parties are directed to meet
14 and confer further in good faith in an attempt to reach resolution of this fee dispute before the
15 October 26, 2009 hearing.  If the parties are able to reach resolution of this matter before that
16 hearing date, they shall promptly notify the court.

17 Finally, IRC is directed to serve a copy of this order on plaintiff Sofpool LLC, and file a
18 proof of service thereof, on or before Friday, October 23, 2009.

19 SO ORDERED.
20 DATED:  October 22, 2009.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

3