# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**SOFPOOL, LLC,**

CASE NO: **2:09–MC–00089–MCE–EFB**

v.

**INTEX RECREATION CORP.,**

<u>XX</u> –– **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER OF 10/28/2009**

                                      **Victoria C. Minor**
                                      Clerk of Court

ENTERED: **October 28, 2009**

                        by: /s/ D. Waggoner
                                 Deputy Clerk